```
                                    FILED
                                  AUG 28 2017
                          CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR2505W |
| v. | NOTICE OF RELATED CASE |
| HABIB SAYB MUJICA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States v. Ricardo Rosales-Rafale, Case No. 11CR4302W, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

      _____ (a) A common wiretap

      _____ (b) A common search warrant

      __X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: August 24, 2017.

_____
ALANA W. ROBINSON
Acting United States Attorney